Jon A. Birmingham (CA SBN 271034)
**FITCH, EVEN, TABIN & FLANNERY LLP**
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone: (818) 715-7025
Facsimile: (818) 715-7033
Email: jbirmi@fitcheven.com

Timothy P. Maloney (*admitted pro hac vice*)
tpmalo@fitcheven.com
Joseph F. Marinelli (*admitted pro hac vice*)
jmarinelli@fitcheven.com
David A. Gosse (*admitted pro hac vice*)
dgosse@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY LLP**
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorneys for Plaintiff,*
LONE STAR SILICON INNOVATIONS LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>Plaintiff,<br><br>v.<br><br>NANYA TECHNOLOGY CORP. ET AL.,<br><br>Defendants. | Case No.: 3:17-cv-04032-WHA<br><br>**NOTICE OF APPEAL** |

1 | Notice is hereby given that Plaintiff Lone Star Silicon Innovations LLC ("Lone Star") in the above-identified case hereby appeals to the United States Court of Appeals for the Federal Circuit from the District Court's January 20, 2018, Order Granting Motions to Dismiss (District Court Document No. 93). Lone Star further appeals from any and all intervening orders, decisions, or rulings that gave rise to the Order to the extent such orders, decisions, or rulings were adverse to Lone Star.

Dated: February 12, 2018

FITCH, EVEN, TABIN & FLANNERY LLP

/s/ Joseph F. Marinelli
Joseph F. Marinelli (admitted *pro hac vice*)

*Attorney for Plaintiff*
LONE STAR SILICON INNOVATIONS LLC