UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 Golden Gate Avenue
San Francisco, CA 94102

_____

www.cand.uscourts.gov

Susan Y. Soong                                                                                           General Court Number
Clerk of Court                                                                                                    415-522-2000

February 13, 2018

U.S. Court of Appeals
For the Federal Circuit
717 Madison Place, N.W.
Washington, DC 20439

Case Number:  17-cv-04032-WHA

Case Title: Lone Star Silicon Innovations LLC v. Nanya Technology Corporation et al

Dear Sir/Madam:

    Enclosed is the Info Sheet, Docket Sheet, Notice of Appeal, and Order in the above captioned case.  Please acknowledge receipt on the enclosed copy of this letter and return it to this office.

                                                                                    Very truly yours,

                                                                                    Susan Y. Soong, Clerk

                                                                                    _____
                                                                                    by:  Sarah Badr
                                                                                    Case Systems Administrator
                                                                                    415-522-3619