UNITED STATES COURT OF APPEALS FOR THE FEDERAL CIRCUIT
Appeal Information Sheet

United States District Court for the Northern District of California

LONE STAR SILICON INNOVATIONS LLC v. NANYA TECHNOLOGY CORPORATION, et al.

| PLAINTIFF(S) | DEFENDANT(S) |
|---|---|
| **Lone Star Silicon Innovations LLC** | **Nanya Technology Corporation** <br> **Nanya Technology Corporation, USA** <br> **Nanya Technology Corporation Delaware** |

Type of case:  Patent Infringement

Docket No.  17-cv-4032-WHA                    Date of Judgment/Order: January 20, 2018

Cross or related appeal?                     Date of Notice of Appeal: February 12, 2018

Appellant is:          (x)  Plaintiff         ( )  Defendant       ( )  Other (explain)

DOCKET FEE STATUS:
(x)  Paid        ( )  Not Paid     Billed On: _____

U.S. Appeal?    Yes  ( )         No  ( x )

In forma pauperis?
( ) Granted     ( ) Denied     ( ) Revoked     ( ) Pending     ( x ) Never requested

COUNSEL  (List name, firm, address and telephone of lead counsel for each party.  Indicate party represented.):

**Lone Star Silicon Innovations LLC**      represented by  **Timothy Paul Maloney**
                                           Fitch Even Tabin & Flannery, LLP
                                           120 South LaSalle Street, Suite 1600
                                           Chicago, IL 60603
                                           312-577-7000

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries

**Nanya Technology Corportation Delaware**
**Nanya Technology Corportation. USA**

**Nanya Technology Corporation**     represented by  **Vincent K Yip**
Nixon Peabody LLP
300 S. Grand Avenue
41st Floor
Los Angeles, CA 90071-3151
213-612-6000

COURT REPORTER:  (Name and telephone)

Lydia Zinn 415-531-6587

IMPORTANT: Attach copy of opinion or order appealed from.  Forward together with copy of notice of appeal and certified docket entries