IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NANYA TECHNOLOGY CORPORATION; NANYA TECHNOLOGY CORPORATION, USA, and NANYA TECHNOLOGY CORPORATION DELAWARE, ,<br><br>    Defendants. | No. C 17-04032 WHA<br><br>**ORDER GRANTING MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION AND MOTION FOR RECONSIDERATION** |

The Court has reviewed the parties' joint motion for leave to file motion for reconsideration of the Court's order dated September 5 and the accompanying joint motion for reconsideration (Dkt. No. 107). Both motions are **GRANTED**. The stay shall remain in place pending resolution of plaintiff Lone Star Silicon Innovations LLC's appeal. Once the stay is lifted, counsel for defendants Nanya Technology Corporation, *et al*. shall refile the motion for fees on a fresh record.

**IT IS SO ORDERED.**

Dated: September 12, 2018.

                                            WILLIAM ALSUP
                                            UNITED STATES DISTRICT JUDGE