NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

_____

**LONE STAR SILICON INNOVATIONS LLC,**
*Plaintiff-Appellant*

v.

**MICRON TECHNOLOGY, INC., MICRON SEMICONDUCTOR PRODUCTS, INC., MICRON CONSUMER PRODUCTS GROUP, INC., MICRON MEMORY JAPAN, INC.,**
*Defendants-Appellees*

_____

2018-1578

_____

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-05458-WHA, Judge William H. Alsup.

-------------------------------------------------------------------------------

**LONE STAR SILICON INNOVATIONS LLC,**
*Plaintiff-Appellant*

v.

**RENESAS ELECTRONICS CORPORATION, RENESAS ELECTRONICS AMERICA, INC.,**
*Defendants-Appellees*

_____

2    LONE STAR SILICON INNOVATIONS v. MICRON TECHNOLOGY, INC.

2018-1580

_____

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-03981-WHA, Judge William H. Alsup.

---

**LONE STAR SILICON INNOVATIONS LLC,**
*Plaintiff-Appellant*

v.

**NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION U.S.A., NANYA TECHNOLOGY CORPORATION DELAWARE,**
*Defendants-Appellees*

_____

2018-1581

_____

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-04032-WHA, Judge William H. Alsup.

---

**LONE STAR SILICON INNOVATIONS LLC,**
*Plaintiff-Appellant*

v.

**UNITED MICROELECTRONICS CORPORATION, UMC GROUP (USA),**
*Defendants-Appellees*

_____

2018-1582

LONE STAR SILICON INNOVATIONS v. MICRON TECHNOLOGY, INC.     3

———————

Appeal from the United States District Court for the Northern District of California in No. 3:17-cv-04033-WHA, Judge William H. Alsup.

———————

## ON MOTION

———————

Before LOURIE, *Circuit Judge*.

## O R D E R

Appellees move unopposed for leave to file a letter to correct an error concerning the attribution of a statement made during oral argument in a case cited in their response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted. A copy of this order and the letter of correction (ECF No. 88) shall be transmitted to the merits panel assigned to this case.

                                              FOR THE COURT

                                          /s/ Peter R. Marksteiner
                                          Peter R. Marksteiner
                                          Clerk of Court

s25