IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>NANYA TECHNOLOGY CORPORATION, NANYA TECHNOLOGY CORPORATION USA, and NANYA TECHNOLOGY CORPORATION DELAWARE,<br><br>    Defendants.<br>──────────────────────────────────/<br>LONE STAR SILICON INNOVATIONS LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>UNITED MICROELECTRONICS CORPORATION and UMC GROUP (USA),<br><br>    Defendants.<br>──────────────────────────────────/ | No. C 17-04032 WHA<br>No. C 17-04033 WHA<br><br><br><br>**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE** |

As discussed at today's further case management conference, plaintiff shall file an amended complaint to add Advanced Micro Devices, Inc. ("AMD") (and nothing else) by **SEPTEMBER 19**. AMD and defendants have until **OCTOBER 10** to file a motion opposing the amended complaint. Except for the limited issue of adding AMD, the above-captioned actions remain otherwise stayed.

**IT IS SO ORDERED.**

Dated: September 12, 2019.

_____
WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE