UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC, <br><br>             Plaintiff, <br><br>   v. <br><br> NANYA TECHNOLOGY CORPORATION, et al., <br><br>             Defendants. | No. C 17-04032 WHA <br><br> **ORDER RE STATUS UPDATE** |

The parties shall please update the Court on the status of the relevant *inter partes* reviews and appeals by **DECEMBER 11 AT 5:00 P.M.**

**IT IS SO ORDERED.**

Dated: December 1, 2020.

　　　　　　　　　　　　　　　　　　　　　　　　　／s／ William Alsup
　　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE