Jon A. Birmingham (Cal. Bar No. 271034)
jbirmi@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY LLP**
21700 Oxnard Street, Suite 1740
Woodland Hills, California 91367
Telephone:     (818) 650-1392
Facsimile:     (312) 577-7007

Timothy P. Maloney (*admitted pro hac vice*)
tpmalo@fitcheven.com
Joseph F. Marinelli (*admitted pro hac vice*)
jmarinelli@fitcheven.com
David A. Gosse (*admitted pro hac vice*)
dgosse@fitcheven.com
**FITCH, EVEN, TABIN & FLANNERY LLP**
120 South LaSalle Street, Suite 2100
Chicago, Illinois 60603
Telephone: (312) 577-7000
Facsimile: (312) 577-7007

*Attorneys for Plaintiff,*
LONE STAR SILICON INNOVATIONS LLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC and ADVANCED MICRO DEVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANYA TECHNOLOGY CORPORATION, ET AL., <br><br> Defendants. | Case No.: 3:17-cv-04032-WHA <br><br> **JOINT STATUS REPORT** |

Plaintiffs Lone Star Silicon Innovations LLC ("Lone Star") and Advanced Micro Devices, Inc. ("AMD")[1] and Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware (the "Nanya Defendants") submit this Joint Status Report.

1. This is a patent infringement suit in which Lone Star has alleged that the Nanya Defendants directly or indirectly infringe or have infringed U.S. Patent Nos. 6,097,061 ("the '061 patent") and 6,388,330 ("the '330 patent") (collectively, the "Patents-In-Suit").

2. The Nanya Defendants filed petitions for *inter partes* review ("IPR") of the Patents-In-Suit. The U.S. Patent Trial and Appeal Board ("the Board") granted Nanya's petitions and trials were instituted with respect to the Patents-In-Suit. Separate petitions for IPR were also filed by former defendant, Micron Technologies Inc., relating to the '330 patent and the '061 patent.

3. The Board issued a final written decision with respect to Nanya's petition on the '330 patent, finding claims 1, 5, 6 and 10 unpatentable, and claims 2 and 7 not unpatentable. On Micron's petition, the Board issued final written decision finding claims 1, 2, 5, 6, 7, and 10 unpatentable. Therefore, in its final written decision on Micron's petition, the Board invalidated all claims of the '330 patent that Lone Star had been asserting against the Nanya Defendants. The Board issued a final written decision on Nanya's petition on the '061 patent, finding claims 1, 3, 4, 11, 13 and 14 unpatentable. The Board also issued a final written decision on Micron's petition on the '061 patent, finding claims 1, 3-6, 11, and 13-16 unpatentable.

4. Lone Star appealed the final written decisions of the Board on the Micron's petition on the '330 patent and on the Micron's and Nanya's petitions on the '061 patent to the United States Court of Appeals for the Federal Circuit. The Nanya Defendants appealed the Board's final written decision with respect to claims 2 and 7 of the '330 patent to the Federal Circuit.

5. On September 12, 2019, the Court continued the stay of this case pending the parties' appeals to Federal Circuit. (Dkt. 115)

6. On March 25, 2020, the Federal Circuit affirmed the Board's final written decision on

---

[1] AMD was joined in this case involuntarily as a necessary party under FRCP 19. AMD is not asserting any claims against any party in this case, and no parties are asserting any claims against AMD.

Micron's petition on the '330 patent. The Federal Circuit subsequently dismissed Nanya's appeal of the Board's final written decision on the '330 patent as moot in light of its affirmance with respect to Micron's petition on the '330 patent.

7. On May 11, 2020, Lone Star filed for a petition for rehearing *en banc* with respect to the Federal Circuit's affirmance of the Board's final written decision on Micron's petition on the '330 patent.

8. On May 14, 2020, the Federal Circuit affirmed the final written decision of the Board on Micron's petition on the '061 patent. The Federal Circuit subsequently dismissed as moot Lone Star's appeal as to Nanya's petition on the '061 patent in light of its affirmance of the Board's final written decision on Micron's petition on the '061 patent.

9. On June 12, 2020, the Federal Circuit denied Lone Star's petition for rehearing en banc with respect to Micron's petition on the '330 patent.

10. On November 9, 2020, Lone Star filed for writ of *certiorari* in the United States Supreme Court in connection with the Federal Circuit's affirmance of the Board's decision on the '330 patent. *Lone Star Silicon Innovations LLC v. Iancu*, Case No. 20-675. The Solicitor General of the United States waived response to the petition on December 7 and the petition was distributed for conference on December 9.

11. Lone Star and Nanya have been engaged in settlement discussions and have recently reached a settlement in principle that will resolve the entire case as to all parties, including AMD. Lone Star and Nanya have exchanged several drafts of a settlement agreement, and the parties are also finalizing a related release agreement, and they are working diligently to complete final revisions to those agreements. The parties expect to be in a position to file a stipulation of dismissal within 14 days of this status report.

12. Therefore, the parties jointly request that the Court continue the stay of the case until the parties have finalized their agreements and file a stipulation of dismissal.

Respectfully,

Date:   December 11, 2020

FITCH, EVEN, TABIN & FLANNERY LLP

*/s/ Joseph F. Marinelli*
Joseph F. Marinelli (admitted *pro hac vice*)

*Attorney for Plaintiff*
*Lone Star Silicon Innovations LLC*

Date:  December 11, 2020                    ROBINS KAPLAN LLP

*/s/ Aaron R. Fahrenkrog*
Aaron R. Fahrenkrog (admitted *pro hac vice*)

*Attorney for Re-Aligned Plaintiff*
*Advanced Micro Devices, Inc.*

Date:  December 11, 2020                    NIXON PEABODY

*/s/ Peter J. Wied*
Peter J. Wied

*Attorney for Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware*

**ATTESTATION**

In accordance with Civil L.R. 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from every other signatory to this document.

Date:   December 11, 2020                             */s/ Joseph F. Marinelli*
                                                                            Joseph F. Marinelli

**CERTIFICATE OF SERVICE**

The undersigned certifies that on December 11, 2020, all counsel of record who are deemed to have consented to electronic service are being served with a copy of the above and foregoing document via the Court's CM/ECF system per Civil L.R. 5-1(h)(1). All other counsel of record not deemed to have consented to electronic service will be served with a true and correct copy of the foregoing by email.

Date:   December 11, 2020                             */s/ Joseph F. Marinelli*
                                                                            Joseph F. Marinelli