1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| LONE STAR SILICON INNOVATIONS LLC and ADVANCED MICRO DEVICES, INC., <br><br> Plaintiffs, <br><br> v. <br><br> NANYA TECHNOLOGY CORPORATION, ET AL., <br><br> Defendants. | Case No.: 3:17-cv-04032-WHA <br><br> **[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION OF DISMISSAL** |

Before the Court is the Joint Stipulation of Dismissal of Plaintiffs Lone Star Silicon Innovations LLC ("Lone Star") and Advanced Micro Devices, Inc. ("AMD") and Defendants Nanya Technology Corporation, Nanya Technology Corporation, U.S.A., and Nanya Technology Corporation Delaware (the "Nanya Defendants"). The Court, having considered the same, is of the opinion this matter should be dismissed.

IT IS THEREFORE ORDERED that all claims asserted in the case are dismissed with prejudice and each party shall bear its own costs and attorneys' fees.

Dated: April 19, 2021.

_____
HON. WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE